tion by the Technical Press against Sime J. Silverman. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

THALER et al., Appellants, v. GALITZKA, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Simon Thaler and another against Herman Galitzka. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re THOMAIDES. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) In the matter of the application of George Th. Thomaides for admission to the bar. No opinion. Application granted, and order signed.

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Charles R. Thomas against John H. Springer. No opinion. Motion denied without costs. See, also, 134 App. Div. 982, 119 N. Y. Supp. 463; 124 N. Y. Supp. 436.

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Clare F. Thomas against John H. Springer. No opinion. Motion denied, without costs.

THOMPSON, Appellant, v. LANPHEAR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Calvin Thompson against Aurelia P. Lanphear and others.

PER CURIAM. Interlocutory judgment affirmed, with costs.

McLENNAN, P. J., dissents.

TIFFANY v. HESS et al. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Emma M. Tiffany against Ida Hess, as executrix, impleaded with others. M. G. Holstein, for appellant. L. L. Gilbert, for respondent. No opinion. Judgment (67 Misc. Rep. 258, 122 N. Y. Supp. 482) affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

TIFFANY & CO., Appellant, v. SULLY, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Tiffany & Co. against Emma F. Sully. C. A. Jayne, for appellant. R. P. Buell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re TORBORG. (Supreme Court, Appellate Division, Second Department. November 3, 1910.) In the matter of the application of John G. Torborg to review, etc., the actions and neglect of the officers and members of the

Congressional Convention of the Independence League of the Fourth Congressional district, etc. No opinion. Order affirmed, without costs.

TOSH et al., Respondents, v. LAWLER BROS. CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1910.) Action by Henry Tosh and another against the Lawler Bros. Construction Company. No opinion. Judgment affirmed, with costs.

TOWER, Respondent, v. TOWER, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Mary B. Tower against Albert E. Tower.

PER CURIAM. Order modified so that the amount of the bond to be given shall be reduced to the sum of $50,000, and, as so modified, affirmed, without costs, or, if defendant elects, he may apply to the Special Term to give security for the payment of alimony by a mortgage on some of his real property. See, also, 124 N. Y. Supp. 1132.

TRAVER v. MURPHY et al. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Byron Traver against Robert P. Murphy and Samuel W. Glover.

PER CURIAM. Motion denied, without costs.

RICH, J., taking no part.

In re TRUESDELL. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) In the matter of the application of William H. Truesdell for a peremptory writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

TUBES, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Emma L. Tubes against the United Traction Company. No opinion. Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence.

TURNBULL, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Third Department. November 23, 1910.) Action by Richard Turnbull, as overseer of the poor of the town of New Lisbon, against G. Arthur Gardner. No opinion. Motion granted, unless within 20 days appellant pays the attorneys for respondent $20, and files and serves his case, in which case motion is denied.

TUSKA v. HELLER, HIRSCH & CO. et al. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Benjamin Tuska against Heller, Hirsch & Co. impleaded with others. C. S. Stern, for appellant. N. D. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve